UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DONALDSON, JR., <br><br> Petitioner, <br><br> v. <br><br> JOHN SUTTON, Warden, <br><br> Respondent. | Case No. 5:18-00607 JLS (ADS) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated May 19, 2020 [Dkt. No. 14].

Finding no objections on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 14] is accepted;
2. The Petition is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: September 7, 2020

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge