# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DONALDSON, JR., | Case No. 5:18-00607 JLS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN SUTTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:   September 7, 2020

_____

THE HONORABLE JOSEPHINE L. STATON
United States District Judge